AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:16-cr-103 |
| | ) | |
| Michael Brown | ) | |
| *Defendant* | ) | |

RECEIVED U.S. MARSHAL SOUTHERN DIST. OF OHIO 16 AUG 22 PM 2:09

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Brown,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment **X** Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: Failure to appear on 8/17/16 in response to Summons for violations of:

21 USC 844 - Drug Possession (Marijuana - a Schedule I controlled substance) (1)

18 USC 7 & 13 and ORC 2923.12(A) - Carrying a concealed weapon (2)

18 USC 7 & 13 and ORC 4511.21(C) - In excess of posted limit (3)

Date: 8/19/16

City and state: Dayton, Ohio

*Diane E. Marcus*, Deputy Clerk
*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

*Michael Newman*
*Issuing officer's signature*

Michael J. Newman, United States Magistrate Judge
*Printed name and title*

FILED 2017 MAY 15 AM 11:08 RICHARD W. NAGEL CLERK OF COURT U.S. DISTRICT COURT SOUTHERN DIST. OHIO WESTERN DIV. DAYTON

### Return

This warrant was received on *(date)* AUGUST 22, 2016, and the person was arrested on *(date)*

at *(city and state)* DAYTON, OH

Date: 5-12-17

*Arresting officer's signature*

KAROLINA DUDA, 30066, DUSM
*Printed name and title*