IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 3:16-CR-103 |
| -vs- | : Magistrate Judge Michael J. Newman |
| MICHAEL BROWN, | : |
| Defendant. | : |

**ENTRY PLACING DEFENDANT
ON PREJUDGMENT PROBATION**

Upon Motion of the United States of America, and for good cause shown, Defendant Michael Brown is placed on prejudgment probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a), on Count 1.

The Court places Defendant Brown on prejudgment probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio.

While on prejudgment probation, the defendant must not commit another federal, state, or local crime. The defendant shall be prohibited from possessing a firearm, ammunition, destructive device, or dangerous weapon. The defendant must not unlawfully possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of placement on probation and at least two periodic tests thereafter,

as determined by the Court. The defendant must comply with the standard conditions of probation that have been adopted by this Court.

The mandatory $1,000 fine, costs of prosecution, and special assessment are waived due to the imposition of the prejudgment probation sentence.

The imposition of prejudgment probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Brown's completion of the probationary period.

October 18, 2017

                                                                                     United States Magistrate Judge

Signed 10/31/17